## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pablo Orlando Ramos,<br>　　　　　　　Plaintiff,<br>v.<br><br>Halal Bros., LLC and<br>Mohamad Attal<br>　　　　　　　Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

### Notice of Filing

**TO:**　**Halal Bros., LLC**　　　　　　　　**Mohamad Attal**
　　　　*Defendant*　　　　　　　　　　　　*Defendant*
　　　　c/o Mohamad Attal　　　　　　　　1910 W. Braker Lane #800
　　　　1910 W. Braker Lane #800　　　　Austin
　　　　Austin　　　　　　　　　　　　　　Travis County, Texas 78758
　　　　Travis County, Texas 78758

　　　　**PLEASE TAKE NOTICE** that on January 23, 2023, I caused to be filed the attached the **Plaintiff's Motion for Default Judgment,** copies of which are hereby served upon you.

## Certificate of Service

I, James M. Dore, an attorney, certify that I caused this **Notice of Filing and Plaintiff's Motion for Default Judgment** to be filed with the Clerk of the Court on January 23, 2023 and I certify that I served this notice and documents by mailing copies to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on January 23, 2023, with proper postage prepaid:

| | |
|---|---|
| **Halal Bros., LLC**<br>*Defendant*<br>c/o Mohamad Attal<br>1910 W. Braker Lane #800<br>Austin<br>Travis County, Texas 78758 | **Mohamad Attal**<br>*Defendant*<br>1910 W. Braker Lane #800<br>Austin<br>Travis County, Texas 78758 |

s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pablo Orlando Ramos,<br>　　　　　Plaintiff,<br>v.<br><br>Halal Bros., LLC and<br>Mohamad Attal<br>　　　　　Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55

**Plaintiff** Pablo Orlando Ramos ("Plaintiff"), by attorneys Justicia Laboral LLC, submit this Motion For Default Judgment Pursuant to Federal Rule of Civil Pro. 55, and states:

1.　　This is a cause of action whereby Plaintiff seeks redress for unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.).

2.　　On November 2, 2022, summonses were issued as to Halal Bros., LLC and Muhamad Attal ("Defendants"). On November 14, 2022, Summons for Defendant Halal Bros., LLC was returned executed. Dckt. 8. On November 16, 2022, Summons for Defendant Mahamad Attal was returned executed. Dckt. 9.

3.　　On January 10, 2023, Plaintiff moved for default. Dckt. 10. On January 10, 2023, Clerk's entry of default was entered. Dckt. 11 and 12.

4.　　Accordingly, Plaintiff now moves for a default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

1

5. Plaintiff is asking that a default judgment be entered in his favor in the amount of $20,820.00 (representing unpaid overtime wages and liquidated damages), plus reasonable attorney's fees and costs. See Pablo Orlando Ramos Affidavit of Prove- Up, attached as Exhibit A.

6. Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of $4,586.00 pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit B is the Petition for Attorney's Fees and Costs.

7. Additionally, in support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendants have not entered an appearance in this case (See Exhibit 3); and (ii) An Affidavit as to Military Service establishing that the individual Defendant(s) is/are not on current active duty with the US Armed Forces (See Exhibit 4).

**WHEREFORE**, Plaintiff Pablo Orlando Ramos respectfully requests that this Motion be granted, and that the Court enters a default judgment in the amount of **$25,406.00** against Halal Bros., LLC and Muhamad Attal, and that the Court enter any other relief deemed just or necessary.

s/  James M. Dore

**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pablo Orlando Ramos,<br>　　　　　　　Plaintiff,<br>v.<br><br>Halal Bros., LLC and<br>Mohamad Attal<br>　　　　　　　Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

**Affidavit for Prove-Up by Plaintiff**

Pablo Orlando Ramos, having been first duly sworn on oath, states:

1. I am adult, over the age of twenty-one, and I have personal knowledge of the facts set forth in this affidavit, and I am a Plaintiff in the above captioned action.

2. My primary language is Spanish. I have read and reviewed this affidavit with the assistance of an interpreter, Derian Geovanni Palacios Morales, who is an employee of my lawyer's law firm, Justicia Laboral, LLC. I am a resident of Texas; I was formerly employed by Defendants Halal Bros., LLC, and Mohamad Attal (cumulatively "Defendants") in Texas.

3. I began working for Halal Bros., LLC ("Defendant "or Halal Bros.") in or before August 2021 through January 2022 then he returned to work from February 2022 until October 25, 2022. My hours per week were approximately 60 hours. My rate of pay was $15.00 per hour until June 2022. From July 2022 until October 25, 2022, it was $17.00 per hour. My position was as a cook.

4. Individual Defendant Mohamad Attal was the owner of Defendant Halal Bros., and he was in charge of all employees, including myself.

5. I was never paid time-and-a-half wages for any hours worked in excess of forty hours per week.

6. Attached hereto is a spreadsheet showing my unpaid wages on a week-by-week basis, as well as the damages I am seeking. The total unpaid wages are $10,410.00.

7. Under the Fair Labor Standards Act ("FLSA"), I am also owed $10,410.00 in liquidated damages. *See* Ex. A.

8. I would ask that the Court enter judgment in the amount of $20,820.00 plus reasonable attorney's fees, plus costs of suit.

## **Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 1/23/2023

DocuSigned by: *Pablo R*
BB65D1F91B13459...

Pablo Orlando Ramos

## **Interpreter Verification**

I declare under penalty of perjury that I am fluent in both English and Spanish, and that on January 23, 2023 I read and interpreted this Affidavit from English to Spanish for Affiant.

Executed: 1/23/23

Derian Geovanni Palacios Morales

DocuSign Envelope ID: 9B2ED6E3-D7A9-472A-BE4C-061F711DCABF
Case 1:22-cv-01121-LY   Document 13   Filed 01/23/23   Page 7 of 13

EXHIBIT A

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 7/25/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 8/1/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 8/8/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 8/15/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 8/22/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 8/29/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 9/5/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 9/12/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 9/19/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 9/26/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 10/3/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 10/10/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 10/17/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 10/24/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 10/31/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 11/7/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 11/14/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 11/21/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 11/28/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 12/5/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 12/12/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 12/19/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 12/26/2021 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 1/2/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 1/9/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 1/16/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 1/23/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 1/30/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 2/6/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 2/13/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 2/20/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 2/27/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 3/6/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 3/13/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 3/20/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 3/27/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 4/3/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 4/10/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 4/17/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 4/24/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 5/1/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 5/8/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 5/15/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 5/22/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 5/29/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 6/5/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 6/12/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 6/19/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 6/26/2022 | 60 | 20 | $15.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 7/3/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 7/10/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 7/17/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 7/24/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 7/31/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 8/7/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 8/14/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 8/21/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 8/28/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 9/4/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 9/11/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 9/18/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 9/25/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 10/2/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 10/9/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 10/16/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/23/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| 10/30/2022 | 60 | 20 | $17.00 | $0.00 | $0.00 | $170.00 | $170.00 |
| **TOTALS:** | | | | | | $10,410.00 | $10,410.00 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Pablo Orlando Ramos,<br>　　　　　　Plaintiff,<br>v.<br><br>Halal Bros., LLC and<br>Mohamad Attal<br>　　　　　　Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

**PETITION FOR ATTORNEY'S FEES, TIME AND TASKS**

　　　　James M. Dore, having been first duly sworn on oath, states:

1.　　Plaintiff Pablo Orlando Ramos retained me to represent him in the above captioned lawsuit against the named Defendant(s). The above captioned lawsuit involves claims under the Fair Labor Standards Act to collect unpaid wages and overtime from Defendant(s), their former employer.

2.　　I am the primary attorney responsible for handling this matter; and I am licensed to practice law in the state of Texas. My Texas Bar number is 24128272. The administrative work on the file is performed by our employee, Derian Geovanni Palacios Morales, also referred to as "Gio" in our time keeping records. We do not bill any hourly time for work performed by Gio.

3.　　Our billable hourly rate is $400.00 per hour for matters of this kind.

4.　　Our $400.00 hourly rate is reasonable and comparable to rates charged by attorneys and staff of a comparative level, serving the same legal market: the metropolitan Austin area. I have been practicing law for over thirteen years.

5.　　The following list specifies an accurate statement of the subjects and the professional time spent and to be spent in the prosecution of the claim(s) of Plaintiff against the Defendants. The list represents the coincidental or reasonably current preparation of the subject matters and the time assigned as reflected in the records of the attorneys for Plaintiff:

| Date | Atty | Hours | Description of Activity |
|---|---|---|---|
| 2/5/2022 | JMD | 0.50 | PHONE CALL WITH CLIENT RE: BACKGROUND AND FACTS REGARDING EMPLOYMENT |
| 2/9/2022 | JMD | 0.25 | PHONE CALL WITH CLIENT RE: LAWSUIT AND CASE BACKGROUND |
| 10/30/2022 | JMD | 0.35 | REVIEW CASE DESCRIPTION AND INFORMATION |
| 10/30/2022 | JMD | 0.75 | RESEARCH RE: DEFENDANT; ONLINE PRESENCE AND LOCATION |
| 11/1/2022 | JMD | 2.00 | DRAFT COMPLAINT; DRAFT CIVIL ACTION COVER SHEET; DRAFT APPEARANCE; DRAFT SUMMONSES TO DEFENDANTS; |
| 11/2/2022 | JMD | 0.15 | EMAIL SUMMONSES AND COMPLAINT TO SPS FOR SERVICE; |
| 12/7/2022 | JMD | 0.30 | REVIEW SERVICE; FILE SUMMONSES SERVICE EFFECTED; |
| 1/10/2023 | JMD | 0.50 | DRAFT AND FILE MOTION FOR ORDER OF DEFAULT; |
| 1/10/2023 | JMD | 0.15 | REVIEW ORDER GRANTING ORDER OF DEFAULT; |
| 1/17/2023 | JMD | 4.00 | DRAFT AFFIDAVIT FOR PROVE-UP, INCLUDING SPREADSHEET DETAILING DAMAGES IN THE CASE; DRAFT PETITION FOR ATTORNEYS FEES AND COSTS; DRAFT CERTIFICATE OF DEFAULT; DRAFT AFFIDAVIT AS TO MILITARY SERVICE; DRAFT NOTICE AND MOTION FOR DEFAULT JUDGMENT; |

**Total Hours:** JMD 9.95 hrs. X $400.00 = $3,980.00

**Total Attorneys Fees = $3,980.00**

| Costs | Date | Amount | Description |
|---|---|---|---|
| | 11/1/22 | $402.00 | Filing Complaint |
| | 12/7/22 | $204.00 | Service – Summonses and Complaints |

**Total Costs:** **$606.00**

6.      These records identify the work that we did each day, the amount of time that we devoted to this matter on that day (including separate entries for each task), and a description of the work performed. The time entries on these invoices were entered by me personally, at or near the time

of performing the work in the ordinary course of our daily practice. These billing records are kept in the ordinary course of our regularly conducted business activities. Some entries may have been redacted in part for the purpose of protecting attorney-client communications or work product privilege.

7. The tasks performed and the costs incurred were all reasonably and necessarily incurred in the case. The fees and costs incurred reflect tasks that were performed competently and efficiently.

8. Accordingly, the total amount of attorney's fees and costs being sought are **$4,586.00.**

9. I have personal knowledge of the facts set forth in this Affidavit and can testify in accordance therewith.

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 23, 2023

/s/ James M. Dore

**Justicia Laboral LLC**
James M. Dore (Texas Bar No. 24128272)
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pablo Orlando Ramos,<br><br>               Plaintiff,<br>v.<br><br><br>Halal Bros., LLC and<br>Mohamad Attal<br>               Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

### AFFIDAVIT AND CERTIFICATE IN SUPPORT OF MOTION FOR DEFAULT

    I, **James M. Dore**, attorney for Plaintiff in the above captioned matter, do hereby certify that on January 23, 2023, I reviewed our file and/or the online docket for this case. I further certify that the Defendants in this case has not entered an appearance in the lawsuit as of today's date.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.


Executed: January 23, 2023                                                                    s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pablo Orlando Ramos,<br>　　　　　Plaintiff,<br>v.<br><br>Halal Bros., LLC and<br>Mohamad Attal<br>　　　　　Defendants. | Case Num. 1:22-cv-1121<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## AFFIDAVIT AS TO MILITARY SERVICE

I, **James M. Dore**, counsel for plaintiff, on oath state that with respect to Defendant Mohamad Attal ("Defendant"), said defendant is not in the military service of the United States. This affidavit is based on these facts. Defendant is operating a restaurant company in the geographic boundaries of the Western District of Texas and has been since at least 2021. Defendant was served on November 16, 2022. He did not advise the Plaintiff's process server of any military service.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 23, 2023

s/   James M. Dore
**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

1