FILED

MAR 3 2023

CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PABLO ORLANDO RAMIREZ, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:22-CV-1121-LY |
| § | |
| HALAL BROS., LLC AND MOHAMAD ATTAL, § | |
| DEFENDANTS. § | |

## FINAL DEFAULT JUDGMENT

Before the court is Plaintiff's Motion for [Final] Default Judgment Pursuant to Federal Rule of Civil Procedure 55 filed January 23, 2023 (Doc. #13). Defendants hav failed to file a response to the motion, which was due February 6, 2023. The Clerk's Entry of Default against Defendant Halal Bros., LLC was filed January 10, 2023 (Doc. #11). The Clerk's Entry of Default against Defendant Mohamad Attal was filed January 10, 2023 (Doc. #12).

Upon consideration of the motion, the accompanying evidence, the pleadings on file, and the relevant authorities, the court concludes that Plaintiff Pablo Orlando Ramos has established that he is entitled to an award for unpaid overtime wages under the Fair Labors Standards Act. The court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service and that the allegations in Ramos's complaint are deemed admitted against Defendants. Therefore, damages are warranted in this action.

**IT IS ORDERED** that Judgment by default is **RENDERED** in favor of Plaintiff Pablo Orlando Ramos and against Defendants Halal Bros., LLC and Mohamad Attal.

**IT IS FURTHER ORDERED** that Plaintiff Pablo Orlando Ramos is awarded damages in the total amount of $25,406.00 against Defendants Halal Bros., LLC and Mohamad Attal, jointly and severally, itemized as follows:

(1)   $20,820.00 in unpaid overtime wages; and

(2)   $4,586.00 representing attorneys' fees and costs of suit.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this the ___ day of March, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE